IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-03445-SKC-KAS

KATHLEEN "KATIE" BURNETT, and
TYLER "WILLIAMS" LALICKER,

    Plaintiffs/Counter Defendants,

v.

TEAGAN RASMUSSEN,

    Defendant/Counter Claimant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court sua sponte. The deadline for the parties to file the Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction [#3-1] ("Consent") was May 7, 2024. *See Minute Order* [#15].

    While Plaintiffs/Counter Defendants timely filed a signed Consent, *see Consent* [#21], Defendant/Counter Claimant did not sign it and did not file his own Consent form. Accordingly,

    IT IS HEREBY **ORDERED** that Defendant shall submit a signed Consent [#3-1] form on or before **May 22, 2024**.

    Dated: May 15, 2024